UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENITA FOSTER,

          Plaintiff,          No. 05-CV-74656-DT

vs.          Hon. Gerald E. Rosen

GEORGE CUSHINGBERRY,
ED HARRIS and GENESIS TITLE INC.,

          Defendants.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     October 25, 2006

PRESENT:  Honorable Gerald E. Rosen
                United States District Judge

The Court having this date determined that Plaintiff has failed to show good cause why this action should not be dismissed for lack of prosecution as to Defendants Cushingberry, Harris and Genesis Title, Inc., the only three remaining defendants in this action,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Fed. R. Civ. Pro. 4(j), this action be, and, hereby is, DISMISSED without prejudice.

          s/Gerald E. Rosen
          Gerald E. Rosen
          United States District Judge

Dated: October 25, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 25, 2006, by electronic and/or ordinary mail.

                                  s/LaShawn R. Saulsberry
                                  Case Manager